

**FILED**

JAN 2 8 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

---

# INTEROFFICE MEMORANDUM

---

**TO:** Colleen Lydon, Courtroom Clerk
to the Honorable Edward J. Garcia

**FROM:** Julie A. Fowler
United States Probation Officer

**DATE:** January 25, 2010

**SUBJECT:** **Sergio NUNEZ**
**Docket Number: 2:07CR00217-01**
**JUDGMENT AND SENTENCING CONTINUANCE**

EJG

---

The above matter is scheduled for judgment and sentencing on 03/05/2010. Based on the unavailability of the probation officer, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | 04/09/2010 at 10:00 a.m. |
| Reply, or Statement of Non-Opposition | 04/02/2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 03/26/2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 03/19/2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing counsel no later than: | 03/12/2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 02/26/2010 |

**Reviewed by:** _/s/ Jeffrey C. Oestreicher_
**JEFFREY C. OESTREICHER**
**Supervising United States Probation Officer**

/jaf

cc:  Phillip A. Talbert, Assistant United States Attorney
     Ralph Cingcon, Defense Counsel

IT IS SO ORDERED

_/s/ EJG_
1/27/10

Rev. 05/2006
CONTINUANCE ~ TO CT CLERK (GEB).MRG