IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

                               CR. NO. S-07-0217 EJG

  v.

                               ORDER

SERGIO NUNEZ,

        Defendant.

_____/

    Defendant, a federal prisoner proceeding pro se, has filed a motion seeking credit on his federal sentence for time spent in custody in the Sacramento County Jail prior to transfer to a federal institution.  The issue of determining "credits" is within the discretion of the Bureau of Prisons.  Prior to seeking relief from the district court, defendant must first pursue his administrative remedies with the Bureau of Prisons.

    IT IS SO ORDERED.

Dated: August 10, 2011

                                       /s/ Edward J. Garcia
                                       EDWARD J. GARCIA, JUDGE
                                       UNITED STATES DISTRICT COURT